UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAUNHAGEY & BORDEN LLP,

          Plaintiff,

    v.

GMP HAWAII, INC., et al.,

          Defendants.

Case No.  13-cv-05253-MEJ

**ORDER TO SHOW CAUSE**

On December 17, 2013, Petitioner BraunHagey & Borden LLP filed a Motion to Confirm Arbitration Award and Enter Final Judgment, with a noticed hearing date of January 30, 2014. Dkt. No. 9.  However, the Respondents failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Respondents to show cause why the Court should not grant Petitioner's Motion and enter final judgment.  Respondents shall file a declaration by January 23, 2014.  If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on February 6, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Notice is hereby given to Respondents that the Court may enter judgment without a hearing if no responsive declaration is filed.  Thus, it is imperative that Respondents file a written response by the deadline above.

Petitioner is directed to serve this Order upon all Respondents and file proof of service by January 3, 2014.

**IT IS SO ORDERED.**

Dated: January 3, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California