UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAUNHAGEY & BORDEN LLP,

    Petitioner,

v.

GMP HAWAII, INC., et al.,

    Respondents.

Case No. 13-cv-05253-TEH

**ORDER GRANTING PETITIONER'S MOTION TO CONFIRM ARBITRATION AWARD**

This case was reassigned to this Court following the filing of a report and recommendation by Magistrate Judge Maria-Elena James on January 27, 2014. Petitioner served the report and recommendation on Respondents' representative by mail on January 29, 2014. No objections to the report and recommendation have been received, and the period for filing such objections has now expired. *See* Fed. R. Civ. P. 72(b)(2) (allowing fourteen-day period after service for filing objections); Fed. R. Civ. P. 6(d) (allowing three additional days following service by mail).

The Court has reviewed the report and recommendation and the record in this case, and it agrees with Judge James's recommendation that the arbitration award be confirmed. Accordingly, with good cause appearing, Petitioner's motion to confirm the arbitration award of $118,862.90 in its favor and against Respondents is GRANTED. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 02/20/14

_____

THELTON E. HENDERSON
United States District Judge